[No. 26937-0-III.   Division Three.   March 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. DUNLEAVY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00405-7, Robert L. Zagelow, J., entered February 25, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.

[No. 27060-2-III.   Division Three.   March 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MARK JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04629-2, Ellen K. Clark, J., entered April 22, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 27162-5-III.   Division Three.   March 12, 2009.]

WALLI RANCH, LLC, ET AL., *Respondents*, v. MICHELLE MARCUM, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-2-00540-9, Carrie L. Runge, J., entered May 23, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[Nos. 60916-5-I; 61415-1-I.   Division One.   March 16, 2009.]

MICHAEL R. WALLACE, *Appellant*, v. LEGEND HOMES, LLC, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 05-2-07081-0, James H. Allendoerfer, J., entered November 1, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Lau, J.